IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00966-WYD-CBS

GWENDA JURISCH,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, d/b/a METLIFE,

    Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER is before the Court on Defendant's Motion to Dismiss Plaintiff's Second and Third Claims for Relief, filed June 26, 2007 (docket #7).  Plaintiff has filed a Response to the motion to dismiss stating that she has no objection to the dismissal of her second and third claims for relief.  In consideration thereof, I find that the motion should be and hereby is **GRANTED**.  Therefore, it is

ORDERED that Plaintiff's Second and Third Claims for Relief are **DISMISSED** in their entirety.

    Dated:  July 11, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge