IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00966-WYD-CBS

GWENDA JURISCH,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, d/b/a METLIFE,

    Defendant.

## ORDER OF DISMISSAL

Stipulated Motion for Dismissal with Prejudice is **APPROVED**. This action is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorneys' fees.

  Dated: February 1, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge